# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 27, 2013

Lyle W. Cayce
Clerk

No. 12-60963
Summary Calendar

ELVIS RADHAMES MOTA-SANCHEZ, also known as Elvis Mota,

Petitioner

v.

ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A096 432 071

Before STEWART, Chief Judge, and JOLLY and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Elvis Radhames Mota-Sanchez (Mota), a native and citizen of the Dominican Republic, petitions this court for review of a Final Administrative Removal Order issued by the Department of Homeland Security ordering him removed pursuant to 8 U.S.C. § 1227(a)(2)(A)(iii) because he has been convicted of an aggravated felony. Mota challenges the removal order on the ground that his convictions for violating 21 U.S.C. § 846 are the result of a conspiracy by Government officials. He does not allege that the convictions have been

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-60963

overturned or dispute that § 846 is an aggravated felony within the meaning of § 1227(a)(2)(A)(iii).  Mota may not collaterally attack the legitimacy of his convictions in a petition for review.  *See Singh v. Holder*, 568 F.3d 525, 528 (5th Cir. 2009).  Accordingly, we do not have jurisdiction to consider the petition for review.  *See DeLeon-Holguin v. Ashcroft*, 253 F.3d 811, 812-15 (5th Cir. 2001).

PETITION FOR REVIEW DISMISSED.